**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **RANDY FLOYD, TDCJ #01704517,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 6:22-CV-1161-ADA** |
| **v.** | § | |
| | § | |
| **VAIALISI MISIVILA and QUINTIN MANOR,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**PLAINTIFF RANDY FLOYD'S NOTICE OF APPEAL**

Notice is hereby given that Mr. Randy Floyd, TDCJ #01704517, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from the jury verdict announced on February 26, 2025 (Dkt. 111) and the judgment entered on July 17, 2026 (Dkt. 119).

Dated: August 17, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

By: */s/ M. Brett Johnson*

**M. Brett Johnson**
State Bar No. 00790975
Brett.johnson@winstontaylor.com
**Tatianna Witter Robinson**
State Bar No. 24127424
Tatianna.witter@winstontaylor.com
**A. Cameron Morris**
State Bar No. 24105421
Cameron.morris@winstontaylor.com
**Jenny M. Iorio**
State Bar No. 24138582
Jenny.iorio@winstontaylor.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

***Counsel for Plaintiff Randy Floyd***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on counsel of record on August 17, 2026, via electronic filing using the Court's CM/ECF system.

*/s/ M. Brett Johnson*

M. Brett Johnson