**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **RANDY FLOYD, TDCJ #01704517,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 6:22-CV-1161-ADA** |
| **v.** | § | |
| | § | |
| **VAIALISI MISIVILA and QUINTIN MANOR,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**WINSTON TAYLOR LLP'S MOTION TO WITHDRAW AS COUNSEL**

M. Brett Johnson, Tatianna Witter Robinson, A. Cameron Morris, and Jenny M. Iorio of Winston Taylor LLP (f/k/a Winston & Strawn LLP[1]) respectfully request that they be permitted to withdraw as counsel of record for Plaintiff Randy Floyd, TDCJ #01704517, and that the Court appoint substitute counsel to represent Mr. Floyd on appeal. In support of this request, the undersigned attorneys of record state as follows:

1. The undersigned were appointed by this Court to represent Plaintiff Randy Floyd on a pro bono basis in connection with this 42 U.S.C. § 1983 action alleging excessive force against Defendants Vaialisi Misivila and Quintin Manor.

---

1 On June 1, 2026, the firm changed its name from Winston & Strawn LLP to Winston Taylor LLP in connection with the firm's combination with Taylor Wessing LLP.

2. Consistent with that engagement, the undersigned represented Mr. Floyd vigorously throughout the jury trial in this matter, which commenced on February 20, 2025, and concluded with a jury verdict in Defendants' favor on February 26, 2025.

3. Following trial, this Court entered final judgment on July 17, 2026 (Dkt. 119).

4. Mr. Floyd intends to appeal the jury verdict announced on February 26, 2025 (Dkt. 111) and the final judgment entered on July 17, 2026 (Dkt. 119) to the United States Court of Appeals for the Fifth Circuit.

5. The scope of the undersigned's engagement was expressly limited to Mr. Floyd's representation in connection with this specific Section 1983 lawsuit and did not extend to any appeal that might result from the Court's resolution of the matter. Because that engagement has concluded with entry of final judgment, Winston Taylor LLP respectfully requests leave to withdraw as counsel of record for Mr. Floyd.

6. Mr. Floyd is aware of, and consents to, Winston Taylor LLP's withdrawal as counsel of record in this matter.

7. Because Mr. Floyd was granted court-appointed, pro bono counsel for trial, Winston Taylor LLP respectfully requests that the Court appoint substitute pro

bono counsel to represent Mr. Floyd in his appeal before the United States Court of Appeals for the Fifth Circuit.

8. For the foregoing reasons, Winston Taylor LLP respectfully requests that this Court (1) grant leave for Winston Taylor LLP to withdraw as counsel of record for Plaintiff Randy Floyd, and (2) appoint substitute counsel to represent Mr. Floyd in his appeal to the United States Court of Appeals for the Fifth Circuit.

Dated: August 17, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

By: */s/ M. Brett Johnson*

**M. Brett Johnson**
State Bar No. 00790975
Brett.johnson@winstontaylor.com
**Tatianna Witter Robinson**
State Bar No. 24127424
Tatianna.witter@winstontaylor.com
**A. Cameron Morris**
State Bar No. 24105421
Cameron.morris@winstontaylor.com
**Jenny M. Iorio**
State Bar No. 24138582
Jenny.iorio@winstontaylor.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

***Counsel for Plaintiff Randy Floyd***

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on counsel of record on August 17, 2026, via electronic filing using the Court's CM/ECF system.

*/s/ M. Brett Johnson*

M. Brett Johnson